**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, Appellee/Cross–Appellant,**

v.

**NORTHWEST AIRLINES, INC., Appellant/Cross–Appellee.**

**Nos. 98–7196 and 98–7202.**

United States Court of Appeals, District of Columbia Circuit.

Filed May 19, 2000.

Before: EDWARDS, Chief Judge, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, TATEL, and GARLAND, Circuit Judges.

PER CURIAM:

## J U D G M E N T

These appeals were considered *en banc* on the briefs and arguments of the parties. It is

ORDERED AND ADJUDGED that the judgment and opinion of the court announced by the panel in these cases, 199 F.3d 477 (D.C.Cir.1999), are reinstated as the judgment and opinion of the court sitting *en banc*.